**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

JOSEPH CRUSSIAH,

      Plaintiff,

      v.

INOVA HEALTH SYSTEM,

      Defendant.

Civil Action No. TDC-14-4017

**ORDER**

On December 24, 2014, Plaintiff Joseph Crussiah ("Crussiah") file a self-represented Complaint in the above-captioned case, together with a Motion for Leave to Proceed In Forma Pauperis. ECF Nos. 1-2. The Court has reviewed the Motion for Leave to Proceed In Forma Pauperis, and shall grant it. In light of Crussiah's indigence, the United States Marshal shall effect service of process on Defendant Inova Health System ("Inova").

However, it does not appear that Crussiah has furnished a United States Marshal Service of Process Form for Inova or provided a service copy of the Complaint. Until Crussiah cures this problem, service shall not be issued. The Clerk is directed to mail one copy of the United States Marshal Service of Process Form to Crussiah, who must complete and return it to the Clerk within 21 days from the date of this Order.[1] In addition, Crussiah must provide one copy of the Complaint for Inova. Failure to comply with this Order by Wednesday, February 25, 2015 may result in dismissal of the Complaint without prejudice and without further notice from the Court.

---

[1] Crussiah may contact the Maryland Department of Assessments and Taxation at www.dat.state.md.us/sdatweb/charter.html#other or (410) 767-1330 to obtain the name and service address for the resident agent of a company.

Once the form and the service copy of the Complaint are received, the Clerk and the U.S. Marshal are directed to take all necessary steps to effectuate service of process.

Accordingly, it is hereby ORDERED that:

1. The Motion for Leave to Proceed In Forma Pauperis, ECF No. 2, is GRANTED;

2. The Clerk shall mail to Crussiah a copy of this Order, together with one copy of the United States Marshal Service of Process Form;

3. Crussiah is GRANTED 21 days from the date of this Order to complete the United States Marshal Service of Process Form and return it, along with a service copy of the Complaint as set forth herein, to the Clerk;

4. Upon receipt of the United States Marshal Service of Process Form, the Clerk shall issue Summons and forward the same, together with the Complaint and a copy of this Order, to the United States Marshal; and

5. The United States Marshal is directed to effectuate service of process on Inova at the addresses provided by Crussiah.  If the United States Marshal uses United States Postal Service delivery to effect service on Inova, it shall do so by restricted delivery, certified mail.

Date: February 4, 2015

_____/s/_____
THEODORE D. CHUANG
United States District Judge

2